UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JENNIFER PLUTA,

    Defendant.

Case No. 24-CR-

[18 U.S.C. § 1709]

24-CR-041

# INDICTMENT

**THE GRAND JURY CHARGES THAT:**

On or about June 24, 2023, in Racine County, in the State and Eastern District of Wisconsin and elsewhere,

**JENNIFER PLUTA,**

a United States Postal Service employee, did steal and remove an article contained in United States Postal First-Class certified mail, namely a gift card bearing tracking number 7022 3330 XXXX XXXX 1253, which was intended to be conveyed by mail.

In violation of Title 18, United States Code, Section 1709.

A TRUE BILL:

FOREPERSON
Date: 27 FEB 2024

GREGORY J. HAANSTAD
United States Attorney